MULTIPLE TRADING CORPORATION, Appellant, *v.* DEMOLA REALTY CORPORATION et al., Respondents, Impleaded with Others.

Submitted June 5, 1944; decided June 14, 1944.

Motion to amend the remittitur, to vacate the order of affirmance of the Court of Appeals, dated July 29, 1942, to relieve appellant of certain stipulations, for leave to appellant to apply to the courts below for any relief to which appellant deems itself entitled and for leave to renew a prior motion to the Court of Appeals brought on by notice of motion dated December 23, 1943, denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 559, 291 N. Y. 823.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEX BELLOMO, Appellant.

Submitted June 5, 1944; decided June 14, 1944.

Motion by appellant for reargument denied. (See 292 N. Y. 683.)